IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

United States of America,

                Plaintiff,

-vs-

Wilson McPherson Burt (4),

                Defendant.

Case No.   3:16 CR 516-4

SENTENCING ORDER
RE: SPECIAL CONDITIONS
OF SUPERVISED RELEASE

JUDGE JACK ZOUHARY

## SPECIAL CONDITIONS

**Financial Information**
Defendant shall provide to the probation officer complete any requested financial information.

**No Alcohol**
Defendant shall abstain from the use of alcohol and all other intoxicants during the term of supervision.

**Mental Health Treatment**
Defendant shall participate in mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. Defendant shall contribute to the costs of services rendered (copayments) at a rate of at least $25 per month.

**Employment**
Defendant shall not be employed by, affiliated with, own or control, or otherwise participate, directly or indirectly, in the business of medical billing without the probation officer's approval.

**Restitution**
Defendant shall pay any remaining balance of restitution as set out in the Judgment.

I have reviewed and understand the above special conditions of my sentence outlined by the Judge at my sentencing hearing today.

**Further, I waive any late notice and supporting explanation of each of these conditions as may be required under 18 U.S.C. § 3583.**

Date: 3.16.2021

_____
Wilson McPherson Burt, Defendant

_____
Attorney  RICHARD WESTLING

IT IS SO ORDERED.

_____
Judge Jack Zouhary