IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

United States of America,

                Plaintiff,

-vs-

Wilson McPherson Burt (4),

                Defendant.

Case No.  3:16 CR 516-4

SENTENCING ORDER
RE: MANDATORY AND STANDARD
CONDITIONS OF SUPERVISED RELEASE

JUDGE JACK ZOUHARY

### STANDARD CONDITIONS

While on Supervised Release Defendant shall not commit another federal, state, or local crime, shall not illegally possess a controlled substance, and shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

**DNA Collection**
Defendant shall cooperate in the collection of DNA as directed by the U.S. Pretrial Services & Probation Officer.

**Firearms and Dangerous Weapons**
Defendant shall not possess a firearm, destruction device, or any dangerous weapon.

**Mandatory Drug Testing**
Defendant must refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

I have reviewed and understand the above conditions as part of my sentence.

Date: 3.16.2021

_____
Wilson McPherson Burt, Defendant

_____
Attorney  RICHARD WESTLING

IT IS SO ORDERED.

_____
Judge Jack Zouhary