IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF *Texas*
*Dallas* . DIVISION

United States,

                Plaintiff,

-vs-

Wilton McPherson Burt (4),

                Defendant.

Case No.  16 CR 516-4

DEFENDANT ACKNOWLEDGES
CERTAIN APPEAL RIGHTS

JUDGE JACK ZOUHARY

You can appeal your conviction if you believe the jury verdict or court rulings were somehow unlawful or if there was some other fundamental defect in your proceedings.

You also have the statutory right to appeal your Sentence under certain circumstances, particularly if you think your Sentence is contrary to law.

Your Notice of Appeal must be filed within fourteen (14) days of Judgment being entered in this case. Your lawyer will stay on this case until a decision is made whether to appeal.

\* \* \*

I have reviewed and understand my appeal rights.

Date: 3.16.2021

Defendant

Attorney  RICHARD WESTLING