IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

United States of America,

Plaintiff,

-vs-

Andrew Jonathan Hillman (19)
Semyon Narosov (20),

Defendants.

Case No. 3:16 CR 516

ORDER DENYING MOTION RE: SATISFACTION OF RESTITUTION

JUDGE JACK ZOUHARY

Pending before this Court is Defendant Hillman's Motion for an Order Declaring Satisfaction of Restitution, along with a proposed Order (Doc. 1959, 1959-3). The Government opposes (Doc. 1964).

The Government's Response completely and accurately refutes Hillman's conclusion that he has satisfied his restitution obligations. No further ink need be spilled. For each of the reasons outlined in the Government's Response, Hillman's Motion (Doc. 1959) is denied.

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U.S. DISTRICT JUDGE

April 15, 2024